UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JEANNA LYNN PARKS, | Civil No. 6:16-CV-00515-MC |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

On remand, the Commissioner will:

- Update the record as necessary and hold a de novo hearing;

- Further evaluate the opinions of Douglas McMahon, D.O., and explain the weight afforded to his opinions supported by the evidence of record;

- If necessary, obtain additional evidence in the form of a consultative examiner and/or call a medical expert to testify as to the nature and severity of the claimant's impairments;

- Further evaluate the claimant's maximum residual functional capacity and, in doing so, re-evaluate the claimant's symptoms in accordance with Social Security Ruling 16-3p;

- If necessary, consider transferable skills with supplemental vocational expert evidence, as well as a nonmechanical application of the grid rules in accordance with 20 C.F.R. § 404.1563(b); and

- Issue a new decision.

Page 1   ORDER - [6:16-CV-00515-MC]

The claimant shall be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

IT IS SO ORDERED this __23__ day of __Feb_____, 2017.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

BILLY J. WILLIAMS, OSB #901366
United States Attorney

JANICE E. HEBERT, La. Bar #20218
Assistant United States Attorney

s/ Alexis L. Toma_____
ALEXIS L. TOMA
Special Assistant U.S. Attorney
of Attorneys for Defendant
(206) 615-2950